1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE JOHNSON, | ) 1:05-CV-00171-OWW-SMS |
| | ) |
|            Plaintiff, | ) ORDER RE: FINDINGS AND |
|    v. | ) RECOMMENDATION THAT PLAINTIFF'S |
| | ) SOCIAL SECURITY COMPLAINT BE |
| MICHAEL J. ASTRUE, | ) GRANTED (DOCS. 1, 19) |
| Commissioner of Social | ) |
| Security, | ) ORDER DIRECTING REMAND PURSUANT |
| | ) TO SENTENCE FOUR of 42 U.S.C. § |
|            Defendant. | ) 405(g) |
| | ) |
| | ) ORDER DIRECTING THE CLERK TO |
| | ENTER JUDGMENT FOR PLAINTIFF |
| | ARLENE JOHNSON AND AGAINST |
| | DEFENDANT MICHAEL J. ASTRUE |

Plaintiff is proceeding with counsel and is seeking judicial review of a final decision of Michael J. Astrue,[1] the Commissioner of Social Security (Commissioner), denying an application for benefits.

On January 26, 2007, the Magistrate Judge filed findings and a recommendation that the Plaintiff's social security complaint be granted, the matter be remanded pursuant to sentence four of 42 U.S.C. § 405(g), and the Clerk be directed to enter judgment

---

[1] Michael J. Astrue is substituted for his predecessor as Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

1  for Plaintiff Arlene Johnson and against Defendant Michael J.

2  Astrue. The findings and recommendation were served on all

3  parties on January 26, 2007, and contained notice that any

4  objections to the findings and recommendations were to be filed

5  within thirty (30) days of the date of service of the order. No

6  party filed any objections.

7       In accordance with the provisions of 28 U.S.C. § 636

8  (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d

9  452, 454 (9th Cir. 1983), this Court has conducted a de novo

10 review of the case. Having carefully reviewed the entire file,

11 the Court finds that the findings and recommendation filed on

12 January 26, 2007, are supported by the record and proper

13 analysis.

14      Accordingly, IT IS HEREBY ORDERED that:

15      1. The findings and recommendation filed on January 26,

16 2007, are ADOPTED IN FULL; and

17      2. The Plaintiff's social security complaint IS GRANTED, and

18 the matter IS ORDERED remanded pursuant to sentence four of 42

19 U.S.C. § 405(g), for further consideration, consistent with this

20 decision, of Plaintiff's status as disabled, including whether or

21 not with the RFC found by the ALJ, Plaintiff could perform her

22 past relevant work, and, if appropriate, whether on the basis of

23 the Plaintiff's age, education, work experience, and residual

24 functional capacity, she could perform any other gainful and

25 substantial work within the economy; and

26      3. The Clerk of Court IS DIRECTED to enter judgment for

27 Plaintiff Arlene Johnson and against Defendant Michael J. Astrue.

28      1. Plaintiff's social security complaint BE GRANTED, and

1    2. The matter BE REMANDED pursuant to sentence four of 42

2  U.S.C. § 405(g) for further consideration, consistent with this

3  decision, of Plaintiff's status as disabled, including whether or

4  not with the RFC found by the ALJ, Plaintiff could perform her

5  past relevant work, and, if appropriate, whether on the basis of

6  the Plaintiff's age, education, work experience, and residual

7  functional capacity, she could perform any other gainful and

8  substantial work within the economy; and

9    3. Judgment BE ENTERED for Plaintiff Arlene C. Johnson and

10  against Defendant Michael J. Astrue.

11    This report and recommendation is submitted to the United
   States District Court Judge assigned to the case, pursuant to the
12  provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the
   Local Rules of Practice for the United States District Court,
13  Eastern District of California. Within thirty (30) days after
   being served with a copy, any party may file written objections
14  with the court and serve a copy on all parties. Such a document
   should be captioned "Objections to Magistrate Judge's Findings
15  and Recommendations." Replies to the objections shall be served
   and filed within ten (10) <u>court</u> days (plus three days if served
16  by mail) after service of the objections. The Court will then
   review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636
17  (b)(1)(C). The parties are advised that failure to file
   objections within the specified time may waive the right to
18  appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d
   1153 (9th Cir. 1991).IT IS SO ORDERED.

19

   **Dated:   March 13, 2007**                  **/s/ Oliver W. Wanger**
20  emm0d6                                  UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28