```
MCGREGOR W. SCOTT
United States Attorney
KRISTI KAPETAN
Assistant United States Attorney
JEAN M. TURK
Special Assistant United States Attorney
Federal Courthouse
Unites States Attorney's Office
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4036
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE JOHNSON, ) | NO. 1:05-cv-00171 LJO SMS |
| Plaintiff, ) | |
| ) | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) |
| V. ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of ) | |
| Social Security, ) | AND ORDER |
| Defendant. ) | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

  IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of Four Thousand Four Hundred dollars and no cents ($ 4,400.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by her/her attorney in connection with this civil action for services performed before the district court through remand, in accordance with 28 U.S.C. § 2412(d).

  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of Four Thousand Four Hundred dollars and no cents ($ 4,400.00) shall

constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action.  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

                                        Respectfully submitted,

Dated:   May 9, 2007                 */s/   Gina Fazio*
                                        (As authorized via facsimile on May 9, 2007)
                                        Gina Fazio
                                        Attorney for Plaintiff

Dated:     May 8,  2007              MCGREGOR W. SCOTT
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/ Jean M.Turk*
                                        JEAN M. TURK
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   May 11, 2007**                  **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE